9

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

HICHAM MOUSSA SAAD,

      Defendant.

_____/

Case:3:19-cr-20701
Judge: Cleland, Robert H.
MJ: Grand, David R.
Filed: 10-17-2019 At 04:46 PM
SEALED MATTER (NA)

**VIOLATIONS:**
18 U.S.C. § 2320
18 U.S.C. § 545
18 U.S.C. § 1341

## INDICTMENT

## THE GRAND JURY CHARGES:

## GENERAL ALLEGATIONS

1.     Defendant HICHAM MOUSSA SAAD operated an enterprise that marketed counterfeit fragrances and perfumes as genuine and sold them to customers on eBay and elsewhere.

2.     SAAD imported the counterfeit fragrances and perfumes, from Lebanon and elsewhere, into the United States using fraudulent documentation, and the destination included SAAD's warehouse in Dearborn Heights, Michigan.

3.     From a distribution center in Garden City, Michigan and elsewhere, SAAD mailed the counterfeit fragrances and perfumes to

1

customers throughout the United States.

## COUNT ONE
18 U.S.C. §§ 2320 and 2
Trafficking in Counterfeit Goods

4.     From at least in or about December 2012 up to and including about the date of this Indictment, in the Eastern District of Michigan and elsewhere, defendant HICHAM MOUSSA SAAD knowingly and intentionally did traffic and attempt to traffic in goods and services, and did knowingly use a counterfeit mark on and in connection with such goods and services, to wit, SAAD assembled and sold counterfeit fragrances and perfumes throughout the United States.

## COUNT TWO
18 U.S.C. §§ 545 and 2
Smuggling Goods into the United States

5.     From at least in or about December 2012 up to and including about the date of this Indictment, in the Eastern District of Michigan and elsewhere, defendant HICHAM MOUSSA SAAD fraudulently and knowingly, did import and bring into the United States, merchandise contrary to law, and received, concealed, bought, sold, and facilitated the transportation, concealment, and sale of such merchandise after importation, knowing the same to have been imported and brought into

2

the United States contrary to law, to wit, SAAD trafficked in counterfeit fragrances and perfumes in violation of 18 U.S.C. § 2320.

## COUNT THREE
18 U.S.C. § 1341
Mail Fraud

6.    Defendant HICHAM MOUSSA SAAD marketed counterfeit fragrances and perfumes as genuine and sold them to customers on eBay and elsewhere.

7.    From at least in or about December 2012 up to and including about the date of this Indictment, in the Eastern District of Michigan and elsewhere, SAAD, with the intent to defraud, devised and willfully participated in, with knowledge of its fraudulent nature, the above-described scheme and artifice to defraud and obtain money by materially false and fraudulent pretenses, representations, and promises.

8.    From at least in or about December 2012 up to and including about the date of this Indictment, in the Eastern District of Michigan and elsewhere, for the purpose of executing or attempting to execute the above-described scheme and artifice to defraud and deprive, SAAD knowingly deposited and caused to be deposited to be sent and delivered

3

by a private and commercial interstate carrier the following matter:

counterfeit fragrances and perfumes.

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 545, 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(2)(B), 18 U.S.C. § 2323, 28 U.S.C. § 2461
### Criminal Forfeiture

The allegations contained in Count One of this Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2323. The allegations contained in Count Two of this Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(2)(B) and 18 U.S.C. § 545. The allegations contained in Count Three of this Indictment are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 982(a)(1)(C) and 28 U.S.C. § 2461.

Upon conviction of the offense in violation of 18 U.S.C. § 2320 set forth in Count One of this Indictment, pursuant to 18 U.S.C. § 2323, the defendant shall forfeit to the United States: (a) any article, the making or trafficking of which is prohibited under 18 U.S.C. § 2320; (b) any property used, or intended to be used, in any manner or part to commit or facilitate the commission of the offense in violation of 18 U.S.C. § 2320

4

set forth in Count One of this Indictment; and (c) any property constituting or derived from any proceeds obtained directly or indirectly as a result of the commission of the offense in violation of 18 U.S.C. § 2320 set forth in Count One of this Indictment.

Upon conviction of the offense in violation of 18 U.S.C. § 545 set forth in Count Two of this Indictment, pursuant to 18 U.S.C. § 982(a)(2)(B), the defendant shall forfeit to the United States any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as a result of the commission of the offense in violation of 18 U.S.C. § 545 set forth in Count Two of this Indictment, and, pursuant to 18 U.S.C. § 545, the defendant shall forfeit to the United States any merchandise introduced into the United States as a result of the commission of the offense in violation of 18 U.S.C. § 545 set forth in Count Two of this Indictment, or the value thereof.

Upon conviction of the offense in violation of 18 U.S.C. § 1341 set forth in Count Three of this Indictment, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the commission of the offense in

5

violation of 18 U.S.C. § 1341 set forth in Count Three of this Indictment. Such property includes, but is not limited to:

a. Thirty-One Thousand Four Hundred Dollars and Twenty-One Cents ($31,400.21) in U.S. Currency seized from Bank of America Acct #XXXXXXXX2319;

b. Fifty-Eight Thousand Two Hundred Eighty-Four Dollars and Twenty-Four Cents ($58,284.24) in U.S. Currency seized from Bank of America Acct #XXXXXXXX4267;

c. Fifty-Nine Thousand Five Hundred Ninety-Four Dollars and Sixty-Seven Cents ($59,594.67) in U.S. Currency seized from Bank of America Acct #XXXXXXXX2022;

d. Eight Hundred Ninety-Two Dollars and Eighty-Seven Cents ($892.87) in U.S. Currency seized from Bank of America Acct #XXXXXXXX7225;

e. Six Thousand Five Hundred Dollars ($6,500) in U.S. Currency;

f. 69 miscellaneous items of electronic equipment; and

g. 2,822, more or less, miscellaneous fragrances and toiletries.

6

**Money Judgment:** Upon conviction of any of the counts alleged in this Indictment, the United States will seek a forfeiture money judgment against the defendant in an amount representing the total amount of proceeds obtained as a result of the aforementioned offenses, and/or the total amount involved in the offenses.

**Substitute Assets:** If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c), to forfeit any property of the defendant up to the value of the forfeitable property described above.

**THIS IS A TRUE BILL**

*/s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

MATTHEW SCHNEIDER
United States Attorney

*/s/ John K. Neal*
John K. Neal
Chief, White Collar Crime Unit
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9644
john.neal2@usdoj.gov

*/s/ Paul A. Kuebler*
Paul A. Kuebler
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI  48226
(313) 226-9641
paul.kuebler@usdoj.gov

Dated: October 17, 2019



ORIGINAL

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cov** | Case:3:19-cr-20701<br>Judge: Cleland, Robert H.<br>MJ: Grand, David R.<br>Filed: 10-17-2019 At 04:46 PM<br>SEALED MATTER (NA) |

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete** ~~it acco...~~

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes        ☒ No | **AUSA's Initials:** *PaK* |

**Case Title:** USA v.  Hicham Moussa Saad

**County where offense occurred :**  Wayne

**Check One:**        ☒ Felony                ☐ Misdemeanor                ☐ Petty

   ✓ Indictment/_____ Information --- **no** prior complaint.

   _____ Indictment/_____ Information --- based upon prior complaint [**Case number:**                    ]

   _____ Indictment/_____ Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____        **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 17, 2019
      Date

*Paul A. Kuebler*

Paul A. Kuebler
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:(313) 226-9641
Fax:    (313) 226-2873
E-Mail address: Paul.Kuebler@usdoj.gov
Attorney Bar #:

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.